No. 82–5539.   PICARD *v.* SECRETARY OF HEALTH AND HUMAN SERVICES; and SHERWIN *v.* SECRETARY OF HEALTH

AND HUMAN SERVICES. C. A. 1st Cir. Certiorari denied.